# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| SAMMIE LEE JOHNSON | ) | |
| | ) | CASE NO.  12-77421-LRC |
| DEBTOR | ) | |
| | ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW ADAM M. GOODMAN, CHAPTER 13 TRUSTEE, and files this Notice that he is remitting to the Registry of the Clerk of the United States Bankruptcy Court the amount of $1,218.58 on behalf of THE PALMS COUNTRY CLUB AND RESORT CONDO ASSOC., 7345 GREENBRIAR PARKWAY, ORLANDO, FL, 32819, who filed claim # 5-1. These funds are being remitted to the Registry because the Creditor has not claimed the funds.

## CERTIFICATE OF SERVICE

This is to certify that I have this 25th day of January, 2017 served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

THE SEMRAD LAW FIRM, LLC
STERLING POINT II
SUITE 201
303 PERIMETER CENTER NORTH
ATLANTA, GA  30346

/s/

ADAM M. GOODMAN, TRUSTEE
STATE BAR NO. 300887
STANDING CHAPTER 13 TRUSTEE
260 PEACHTREE STREET N.W.
SUITE 200
ATLANTA, GA  30303
(678)510-1444