UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case Number: 12-77421-lrc |
| | ) | |
| Sammie Lee Johnson, | ) | (Chapter: 13) |
| | ) | |
| DEBTOR(s). | ) | |

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

On 1/25/2017, the Trustee filed a Trustee's Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, U.S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of $3,377.01 on behalf of Citifinancial Services, Inc. ("Claimant").

On June 20, 2019, Claimant filed a petition seeking payment. The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds. Accordingly, it is hereby

**ORDERED** that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $3,377.01 payable to CFNA Receivables (MD), Inc. successor to Citifinancial Services, Inc. and shall send said check to payee at the following address: c/o American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013.

IT IS SO ORDERED this 31st day of July, 2019.

_____
Judge Lisa Ritchey Craig
United States Bankruptcy Judge

No opposition to:

Mandy K Campbell  GA Bar 142676
Melissa J. Davey, Chapter 13 Trustee
Bar No. _____

Prepared by:

*Ron B Leppke*
Ron B. Leppke
Attorney-in-fact for CFNA
Receivables (MD), Inc. successor to
Citifinancial Services, Inc.
American Property Locators, Inc.
3855 S. Boulevard, Suite 200
Edmond, OK  73013
(405) 340-4900

Distribution List:

United States Attorney
Attn:  Civil Process Clerk
Richard B. Russell Federal Bldg 75
Ted Turner Drive SW, Ste 600
Atlanta, GA  30303

Ron B. Leppke
American Property Locators, Inc.
3855 S. Boulevard, Suite 200
Edmond, OK  73013